UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CRISTALES; PATRICIA CRISTALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE; OCWEN and DOES 1 through X, Inclusive,<br><br>　　　　Defendants. | Case No. EDCV 09-649-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against OCWEN LOAN SERVICING, L.L.C. (erroneously sued as "Ocwen") is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 1 , 2009　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge