**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN CRISTALES; PATRICIA CRISTALES, <br><br>             Plaintiffs, <br><br>     v. <br><br> CHASE; ~~OCWEN~~ <br><br>             Defendants. <br> _____ | Case No. EDCV 09-649-VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Chase Home Finance, LLC erroneously sued as Chase is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 28, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge